```
                                                    FILED
                                               U.S. DISTRICT COURT
                                               DISTRICT OF MARYLAND
         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MARYLAND
                                               2002 JUL -3  A 10: 37
```

| | | |
|---|---|---|
| DEBORAH L. ROBINSON, et al. | ) | CLERK'S OFFICE |
| | ) | AT BALTIMORE |
| Plaintiffs | ) | Civil Action No. H 02-875 |
| | ) | _____DEPUTY |
| v. | ) | |
| | ) | |
| GENESIS HEALTH VENTURES, INC. | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

Having considered Defendant's Motion for Leave to File an Amended Answer and Affirmative Defenses to Plaintiffs' Complaint, and any opposition and reply thereto, it is this 3rd day of July, 2002 ORDERED that Defendant's Motion is hereby GRANTED, and that, as of this date, Defendant's Amended Answer is hereby considered filed and served on opposing counsel.

_____
Alexander Harvey, II
United States District Court Judge

Enter.

Copies to Counsel of Record.