IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

DEBORAH ROBINSON

Plaintiffs, et al          CASE NO. H 02875

H-02-875

v.

GENIS HEALTH VENTURES, INC

Defendant

ORDER

IT IS HEREBY ORDERED this 10th day of July 2002 that the motion of the Law Offices of Norris C. Ramsey, and Norris C. Ramsey, Esquire, to withdraw their appearance as attorneys for the Plaintiffs Deborah Robinson and Edward Robinson is granted.

_____
JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
MARYLAND