FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2002 JUL 19  A 11: 20

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

| | | |
|---|---|---|
| DEBORAH L. ROBINSON, et al. | ) | |
| | ) | |
| Plaintiffs | ) | Civil Action No. H-02-875 |
| | ) | |
| v. | ) | |
| | ) | |
| GENESIS HEALTH VENTURES, INC. | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

Having considered Defendant's Motion to Compel Responses to its Requests for Production of Documents, and any opposition and reply thereto, it is this 19th day of July, 2002 ORDERED that Plaintiffs must file complete written responses to Defendant's Requests for Production of Documents along with copies of any responsive documents by August 2, 2002.

Alexander Harvey, II
United States District Court Judge

Enter.
Copies to Counsel of Record.