FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 SEP -6  A 11: 19

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DEBORAH L. ROBINSON, et al. ) | |
| ) | |
| Plaintiffs ) | Civil Action No. H 02-875 |
| ) | |
| v. ) | |
| ) | |
| GENESIS HEALTH VENTURES, INC. ) | |
| ) | |
| Defendant ) | |

## ORDER

Having considered Defendant's Motion to Amend Memorandum in Support for Summary Judgment and any opposition and reply thereto, it is this 6TH day of September, 2002 ORDERED that Defendant's Motion BE and HEREBY IS GRANTED.

_____
Alexander Harvey, II
United States District Court Judge

Enter.

Copies to Counsel of Record, and to *Pro Se* parties.